IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1)  JOHN FIDLER,<br>(2)  DANIEL REDMOND,<br>(3)  ROBERT CAFARELLI,<br>(4)  MICHAEL ROSS<br>(5)  MARK HARRINGTON<br><br>        Defendants. | Criminal No.  15-10300-DPW |

# JOINT MEMORANDUM FOR STATUS REPORT

The parties submit this joint memorandum addressing the issues set out in Local Rule 116.5(a).[1]

1. <u>Status of Automatic Discovery and Any Pending Discovery Request</u>

On October 28, 2014, and thereafter, the government produced automatic discovery as required under the Local Rules.

2. <u>The Timing of Any Additional Discovery to be Produced</u>

The government will continue to make any further pre-trial disclosures as are required by law.

3. <u>The Timing of Any Additional Discovery Requests</u>

There are no pending discovery requests but the defendants expect to file another motion for discovery.

---

[1] Counsel for defendants have indicated their agreement to this joint memorandum.

4. <u>Protective Orders</u>

The Court endorsed a Protective Order on October 23, 2015.  <u>See</u> Docket No. 43.

5. <u>The Timing of Pretrial Motions</u>

The defendants have filed a motion to dismiss which the Court has taken under advisement and has not yet notified the Court about any further substantive motions they plan to file.

6. <u>The Timing of Expert Witness Disclosures</u>

The defendants request expert discovery pursuant to Fed. R. Crim. P. 16(a)(1)(G) and the parties request that the Court order that such discovery be produced no later than 60 days prior to trial in this matter, with reciprocal discovery to be produced no later than 30 days before trial.

7. <u>Excludable delay</u>

The parties jointly ask the Court to exclude the time from May 3, 2016 until the date of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), because the parties have needed the time to review discovery in this case.  The ends of justice served by this exclusion outweigh the interests of the public and the defendants in a speedy trial.

8. <u>Interim/Final status conference</u>

The parties ask the Court to schedule another status conference in approximately 45 days.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

By: <u>/s/Laura J. Kaplan</u>
    Laura J. Kaplan
    Kristina E. Barclay
    Assistant U.S. Attorneys

| | |
|---|---|
| ROBERT CAFARELLIE<br>By his attorneys, | JOHN FIDLER<br>By his attorneys, |
| */s/ Carmen Lepore*<br>Carmen Lepore, Esq.<br>15 Sprague Street<br>Revere, MA 02151. | */s/ Timothy P.O'Connell*<br>Timothy P. O'Connell, Esq.<br>2 Shipway Pl.<br>Boston, MA 02129 |
| MARK HARRINGTON<br>By his attorneys, | DANIEL REDMOND<br>By his attorneys, |
| */s/ Robert Goldstein*<br>Robert Goldstein, Esq.<br>20 Park Plaza<br>Suite 1000<br>Boston, MA 02116 | */s/ Oscar Cruz, Esq.*<br>Oscar Cruz, Esq.<br>Assistant Federal Public Defender<br>Federal Public Defender's Office<br>Boston, MA 02110 |
| MICHAEL ROSS<br>By his attorneys, | |
| */s/ Kevin Barron*<br>Kevin Barron, Esq.<br>15 Broad Street<br>Suite 240<br>Boston, MA 02109 | |